## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MELISSA FRIEND, as Parent and &ast;
Next Friend of M. M.-F., &ast;
                                     &ast;
         Plaintiff, &ast;    **NOTICE OF REMOVAL FROM**
                                       &ast;    **PRINCE GEORGE'S COUNTY, MD**
v. &ast;    **CASE NO.: CAL14-12515**
                                       &ast;    **CIVIL ACTION NO. _____**
WAL-MART STORES, INC., &ast;
                                       &ast;
         Defendant. &ast;

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Wal-Mart Stores, Inc., respectively

notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court

for Prince George's County, Maryland, and as grounds therefor states as follows:

         1.      On or about August 1, 2014, the Defendant, Wal-Mart Stores, Inc. was served with

an Amended Complaint in an action commenced by Melissa Friend, as Parent and Next Friend of

M. M.-F. in the Circuit Court for Prince George's County, Maryland (Case No. CAL14-12515),

which for the first time asserted that the amount in controversy exceeded $75,000.   A true and

correct copy of the Amended Complaint is attached hereto as Exhibit A.)[1]

         2.      This Petition for Removal is filed within thirty (30) days of receipt of service by the

Defendant of the Amended Complaint and is therefore, is timely filed pursuant to 28 U.S.C., Section

1446(b).

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

---

[1]    The original demand was for $74,999.  Copies of the original Complaint and Summons are attached as Exhibits B and C, respectively.

3.      Pursuant to the Federal Rules of Civil Procedure, the Defendant filed Notice of Removal with the Circuit Court for Prince George's County, Maryland on August 1, 2014. A copy of Defendant's Notice of Removal is attached hereto and incorporated herein by reference as Exhibit D.

4.      In the Amended Complaint, Plaintiff seeks judgment against this Defendant in the amount of Seventy-Five Thousand Dollars ($75,000) in compensatory damages, plus interest and costs.

5.      At the time of commencement of this action, Plaintiff  was and is now a resident of the State of Maryland.

6.      At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Wal-Mart Stores, Inc.'s principal place of business was Bentonville, Arkansas, and Wal-Mart Stores, Inc. is incorporated in the State of Delaware.

7.      As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8.      The Petitioner presents and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendant, Wal-Mart Stores, Inc., respectfully requests to remove this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
———
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

2

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

By:  _Anne Marie McGinley_
     Anne Marie McGinley, #05775
     17251 Melford Boulevard
     Suite 200
     Bowie, Maryland  20715
     Tel:    301/352-4950
     Fax:    301/352-8691
     Email: amcginley@decarodoran.com
     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2014, a copy of the foregoing Petition

for Removal was forwarded, postage prepaid, via first-class mail, to:

Mark Rosasco, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle
Suite 500
Annapolis, Maryland  21401
*Counsel for Plaintiff*

_Anne Marie McGinley_
Anne Marie McGinley, #MC3661

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L1\AMM\Friend v. Wal-Mart\Pleadings\Petition for Removal.wpd